[Nos. 26593-5-III; 27225-7-III;    Division Three.   August 17, 2010.]
27501-9-III.

*In the Matter of the Marriage of* BARBARA HOLLINGSHEAD,
*Appellant*, and ERNEST R. WILSON, *Respondent*.

Appeals from a judgment of the Superior Court for Yakima County, No. 01-3-00772-9, C. James Lust, J., entered October 24, 2007. *Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Siddoway, JJ.

[No. 27905-7-III.   Division Three.   August 17, 2010.]

*In the Matter of the Detention of* DONALD T. TOWNSEND.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-2-00150-4, Jerome J. Leveque, J., entered March 20, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.

[No. 28008-0-III.   Division Three.   August 19, 2010.]

*In the Matter of the Marriage of* WILLIAM OURADA, JR.,
*Appellant*, and SHANNON OURADA, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-3-01940-3, Salvatore F. Cozza, J., entered March 16, 2009. *Remanded* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 28185-0-III.   Division Three.   August 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY DAVID KOSS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-04031-6, Annette S. Plese, J., entered May 26, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Siddoway, J. Now published at 158 Wn. App. 8.